IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY PYLE,<br>         Plaintiff,<br><br>v.<br><br>UPPER CHICHESTER TOWNSHIP,<br>DOMINIC J. VENUTI,<br>ALLEN T. REEVES, III, and<br>FRED C. RHODES, JR.,<br>         Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-1715 |

# O R D E R

**AND NOW**, this 20th day of July, 2023, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (ECF No. 27) and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED** that Defendants' Motion is **GRANTED**.  Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for failure to prosecute.

The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**